**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Bernard P. JOHNSON,
Defendant/Appellant.**

**No. ED 101539**

Missouri Court of Appeals,
Eastern District,
*DIVISION ONE.*

Filed: April 28, 2015

Ellen H. Flottman, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, Missouri 65203, for appellant.

Richard A. Starnes, P.O. Box 899, Jefferson City, Missouri 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Lisa S. Van Amburg, J.

## ORDER

### PER CURIAM

Bernard Johnson appeals the judgment of the Circuit Court of St. Louis County convicting him, after a jury trial, of first degree rape,[1] statutory rape in the second degree,[2] victim tampering,[3] unlawful use of a weapon,[4] incest,[5] and failure to appear.[6] Johnson contends the court erred in denying his motion to sever the charge of failure to appear from the remaining charges for which he was tried.

[1]. Section 566.030, R.S.Mo. (2000). All further statutory references are to R.S.Mo. (2000), as supplemented.

[2]. Section 566.034.

[3]. Section 566.270.2.

We have reviewed the briefs of the parties and the record on appeal. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed pursuant to Missouri Supreme Court Rule 30.25(b).